IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| PATRICIA ANN DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | Civil Action No. 6:14-CV-027-C |

## ORDER

Plaintiff appealed an adverse decision of Defendant, Carolyn Colvin, Acting Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate Judge entered a Report and Recommendation on May 14, 2015, relating to a motion to remand filed by the Commissioner. The Report and Recommendation analyzes the motion to remand and recommends that the Commissioner's motion be granted. No party filed any objections, which were due on May 28, 2015. After reviewing the Report and Recommendation, the Court is of the opinion that it should be adopted.

It is, therefore, ORDERED that the findings and conclusions in the Report and Recommendation are hereby ADOPTED by the Court. The Commissioner's Motion to Remand is **GRANTED** for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

Dated this 1st day of June, 2015.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE